**Opinion filed September 15, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00233-CV

_____

## CHELSI LEIGHANN LAWSON, Appellant

## V.

## RAPID PIPELINE SERVICES, LLC AND STEVIE RAY JOHNSON, Appellees

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC18110**

## MEMORANDUM OPINION

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that the parties to this appeal "have reached a mutually agreeable resolution of their dispute" and that Appellant no longer wishes to appeal. *See* TEX. R. APP. P. 42.1. Appellant has certified that Appellees do not oppose the motion.

The motion is granted, and the appeal is dismissed.

PER CURIAM

September 15, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.